JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICARDO GERARDO-GALLARDO, <br><br> Defendant. | No. CR16-171-RAJ <br><br> ORDER GRANTING MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM |

THIS MATTER has come before the undersigned on the motion of Defendant Ricardo Gerardo-Gallardo to file Defendant's Sentencing Memorandum, which was filed at Dkt. 63, under seal until further order of the Court. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

Therefore, IT IS ORDERED that Defendant's Motion to Seal (Dkt. #65) is GRANTED and Defendant's Sentencing Memorandum shall remain filed under seal.

DATED this 27th day of January, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL DEFENDANT'S
SENTENCING MEMORANDUM
*Gerardo–Gallardo, et al.* / CR16-171-RAJ - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**