The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RICARDO GERARDO-GALLARDO, Defendant. | NO. CR16-171RAJ<br><br>ORDER GRANTING MOTION TO SEAL SENTENCING MEMORANDUM |

This matter comes before the Court on the motion of the United States to seal its Sentencing Memorandum as to Defendant Ricardo Gerardo-Gallardo (Dkt. # 64). Defendant has made a similar motion as to his sentencing submission – nether party has any objection to the other's request.

Having reviewed both motions, as well as the memoranda themselves, being otherwise fully advised, and finding good cause, it is hereby

ORDERED that the Government's Motion to Seal (Dkt. #66) is GRANTED. The Government's sentencing memorandum, filed under Dkt. # 64, shall be sealed due to the sensitive material contained therein, and is not permitted to be publicly available.

DATED this 27th day of January, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Order Granting U.S. Motion to Seal - 1
*Gerardo-Gallardo*, CR16-171RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970